To: Honorable Benjamin W. Cheesbro
United States Magistrate Judge / Southern District of Georgia

From: Jonathan Andrew Hart
Re: Civil Action No: 6:24-cv-53

This letter is to update the Court on current circumstances here at the Facility for any delays or changes.

On September 23rd 2024, Your Honor issued an order in regards to leave without prepaying the full filing fee. The Court is requiring an initial filing fee of $35.00. Shortly after this order I had the correct amount in my account to pay the fee. The institution here blocked me from recieving a Geneva Bible that my family ordered and only left me a choice to send it home. They took the money from my account to do so. Shortly after my mother again deposited $45.00 to cover the fee, and so far the institution has only taken a few. I will send them a request form to the Business office here to remind them, but if they do not take care of it, can the court assist me in getting the money deducted from my account so the fee is paid. I hope this doesn't delay my civil action.

The business officer here is Mrs. Wright who always and usually handles things accordingly. If the Court notified the Prison, I would guess it was delivered to the Wardens Secretary Marie Taylor, who somehow actually controls this place. She is also a defendant in this civil action.

I just request the Court to help me address this or to not hold me liable if this institution delays or stalls on paying the Court. Respectfully Submitted, Jonathan Andrew Hart

Jonathan Andrew Hart 1001A
GDC# 1000070441
Jenkins Correctional
3404 Kent Farm Dr.
Millen, GA 30442

ATLANTA GA RPDC 302
14 NOV 2024 PM 6 L

Honorable Benjamin W. Cheesbro
United States District Court
Southern District of Georgia
P.O. Box 8286
Savannah, GA 31412

INSPECTED BY
NOV 19 2024
U.S. Marshals Service/SGA

Legal mail

31412-828686

Jenkins Correctional Center
3404 Kent Farm Dr, Millen, GA 30442
The enclosed letter was processed through special
mailing procedures for forwarding to you. This letter
has been neither opened or inspected. If the writer
raises a question or problem over which this facility/center
has jurisdiction you may wish to return the material for
further information or clarificaiton. If the writer encloses
correspondence for forwarding to another adressee, please
return the enclosure to the above address.