IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JONATHAN ANDREW HART,

    Plaintiff,

v.

WARDEN ROBERT ADAMS, et al.,

    Defendants.

CIVIL ACTION NO.: 6:24-cv-53

**ORDER**

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss Plaintiff's claims against CoreCivic. Doc. 18. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed. Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS** Plaintiff's claims against CoreCivic. Plaintiff's claims against Defendants Adams, Sikes, Larisee, Taylor, and Carter remain pending. Doc. 19.

**SO ORDERED**, this 4th day of September, 2025.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA