**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

JONATHAN ANDREW HART,

Plaintiff,

v.

WARDEN ROBERT ADAMS, et al.,

Defendants.

CIVIL ACTION NO.: 6:24-cv-53

**ORDER**

The Magistrate Judge issued a Report and Recommendation for the Court to grant Defendants' Motions to Dismiss and to dismiss Plaintiff's Amended Complaint. Doc. 64. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT** Defendants' Motions to Dismiss, docs. 35, 50, **DISMISS** Plaintiff's Amended Complaint, doc. 13, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Plaintiff leave to appeal *in forma pauperis*.

**SO ORDERED**, this 8th day of September, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA